IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TONY MAURICIO CONTRERAS, <br><br> Defendant. | 8:23CR201 <br><br> ORDER |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 6) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Indictment be dismissed without prejudice as to defendant Tony Mauricio Contreras.

The Motion is granted, and the Indictment against Tony Mauricio Contreras is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 21st day of September, 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge